

**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 10/17/2007 | 299 |

| Bill To |
|---|
| Gary Costales, Esq.<br>1401 Brickell Avenue<br>Suite 825<br>Miami, Florida 33131 |

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | | 10/17/2007 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date Oct 1, 2007    Time 2:00 | 75.00 | 0.00 |
| 0 | original + 1 | | 3.00 | 0.00 |
| 0 | exhibits | | 0.35 | 0.00 |
| 1 | condensed/a... | | 25.00 | 25.00 |
| 1 | courier | | 11.00 | 11.00 |
| 46 | certified copy | Deposition of | 3.00 | 138.00 |

Suarez V. Tremont Towing

**Total** $174.00

**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 2/12/2008 | 421 |

**Bill To**

Gary Costales, Esq.
1401 Brickell Avenue, Suite 825
Miami, Florida 33131

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | | 2/12/2008 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date 1-28-08   Time | 75.00 | 0.00 |
| 0 | original + 1 | | 3.00 | 0.00 |
| 0 | exhibits | | 0.35 | 0.00 |
| 2 | condensed/a... | | 20.00 | 40.00 |
| 1 | courier | | 11.00 | 11.00 |
| 63 | certified copy | Deposition of Rene Lorenzo, Alfred Johnson | 3.00 | 189.00 |

Suarez V. Tremont Towing

**Total** $240.00

Nov 01 2004 4:45PM HP LASERJET FAX       305-652-2661       p.3

**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 4/4/2008 | 474 |

**Bill To**

Gary Costales, Esq.
1401 Brickell Avenue, Suite 825
Miami, Florida 33131

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | | 4/4/2008 | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date 4-3-08   Time 12:30 to 2:30 | | 0.00 |
| 0 | original + 1 | | 3.00 | 0.00 |
| 0 | exhibits | | 0.35 | 0.00 |
| 3 | condensed/a... | | 10.00 | 30.00 |
| 1 | courier | | 11.00 | 11.00 |
| 56 | certified copy | Deposition of Jose Rivas, Freddy Florian, Paul Diaz | 3.00 | 168.00 |
| | | Thanks for your business. It was a pleasure working with you. | | |
| | | All accounts due within 30 days of receipt of invoice or a $35.00 late fee will be applied to account. | | |

Suarez V. Tremont Towing

**Total**      $209.00

# Depo Express, Inc.

1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 2/24/2008 | 432 |

**Bill To**

Gary Costales, Esq.
1401 Brickell Avenue, Suite 825
Miami, Florida 33131

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | 2/24/2008 | | |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date 2-7-08  Time | 75.00 | 0.00 |
| 0 | original + 1 | | 3.00 | 0.00 |
| 0 | exhibits | | 0.35 | 0.00 |
| 2 | condensed/a... | | 15.00 | 30.00 |
| 1 | courier | | 11.00 | 11.00 |
| 35 | certified copy | Deposition of Grace Gonzalez, Heberth Guzman | 3.00 | 105.00 |

Thanks for your business. It was a pleasure working with you.
All accounts due within 30 days of receipt of invoice or a $35.00 late fee will be applied to account.

Suarez V. Tremont Towing

**Total**  $146.00

# Friedman, Lombardi & Olson                    Invoice

19 West Flagler Street
Suite 924
Miami, Fl. 33130                                Friday, April 04, 2008        130658MN
Phone: (305) 371-6677      Fax: (305) 374-5292


Gary A. Costales, Esq.
Gary A. Costales
1401 Brickell Avenue
Suite 825
Miami, FL 33131


Phone:    (305) 779-8102    Fax:    (305) 373-2735

| | |
|---|---|
| **Witness:** | Jaime Jara |
| **Case:** | Suarez v Tremont Towing |
| **Venue:** | |
| **Case #:** | 07 21430 CIV |
| **Date:** | 4/3/2008 |
| **Start Time:** | 8:00 AM |
| **End Time:** | 9:00 AM |
| **Reporter:** | Terry Swift |
| **Claim #:** | |
| **File #:** | *13078MN* |

| | | |
|---|---|---|
| Attendance | 1 | $130.00 |
| CNA | 1 | $4.15 |
| **Sub Total** | | $134.15 |
| **Payments** | | $0.00 |
| **Balance Due** | | $134.15 |


**Fed. I.D. # 59-078 5873**

*Please send all correspondence to the above address.*

# Friedman, Lombardi & Olson

# Invoice

19 West Flagler Street
Suite 924
Miami, Fl. 33130
Phone: (305) 371-6677   Fax: (305) 374-5292

Thursday, April 03, 2008   130653MN

Gary A. Costales, Esq.
Gary A. Costales
1401 Brickell Avenue
Suite 825
Miami, FL 33131

Phone:   (305) 779-8102   Fax:   (305) 373-2735

| | |
|---|---|
| **Witness:** | Bernardo Suarez |
| **Case:** | Suarez v Tremont Towing |
| **Venue:** | |
| **Case #:** | 07 21430 CIV |
| **Date:** | 4/2/2008 |
| **Start Time:** | 2:30 PM |
| **End Time:** | 3:30 PM |
| **Reporter:** | Terry Swift |
| **Claim #:** | |
| **File #:** | 13074MN |

| | | |
|---|---|---|
| Attendance | 1 | $85.00 |
| Expedited Original Transcript | 21 | $130.62 |
| Min-u-script & word index provided | 1 | $0.00 |
| Delivery | 1 | $15.00 |
| **Sub Total** | | $230.62 |
| **Payments** | | $0.00 |
| **Balance Due** | | $230.62 |

Fed. I.D. # 59-078 5873

*Please send all correspondence to the above address.*

# Friedman, Lombardi & Olson　　　　　　　　　　Invoice

19 West Flagler Street
Suite 924
Miami, Fl. 33130　　　　　　　　　　　　　Wednesday, October 24, 2007　　128608MN
Phone: (305) 371-6677　　Fax: (305) 374-5292

Gary A. Costales, Esq.
Gary A. Costales
1401 Brickell Avenue
Suite 825
Miami, FL 33131

Phone:　(305) 779-8102　Fax:　(305) 373-2735

| | |
|---|---|
| **Witness:** | Bernardo Suarez |
| **Case:** | Suarez v Tremont Towing |
| **Venue:** | |
| **Case #:** | 07 21430 CIV |
| **Date:** | 10/23/2007 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:30 PM |
| **Reporter:** | Amanda Drotar |
| **Claim #:** | |
| **File #:** | *11780MN* |

| | | |
|---|---|---|
| Attendance | 1 | $85.00 |
| Estimated number of pages | 40 | $0.00 |
| **Sub Total** | | **$85.00** |
| **Payments** | | **$0.00** |
| **Balance Due** | | **$85.00** |

Fed. I.D. # 59-078 5873

*Please send all correspondence to the above address.*



**JEANNIE REPORTING, INC.**
90 S.W. 8 Street Suite 270
Miami, Florida 33130
305 577-1705    Fax # 305 577-1706

| Bill To | |
|---|---|
| Gary Costales, Esq.<br>1401 Brickell Avenue #825<br>Miami, FL. 33131 | |
| ATTN | Gary Costales, Esq. |

# Invoice

| Invoice # | Date |
|---|---|
| 308 | 1/28/2008 |

| REPORTER |
|---|
| J. Sanchez |

| TERMS |
|---|
| Net 30 |

| DATE | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| 1/9/2008 | Bernardo Suarez v. Tremont Towing<br>Case No. 07-21430 | | | |
| | Copy: Deposition of Robert Ashernoff | 29 | 3.20 | 92.80 |
| | Miniscript, Index & Ascii CD | 1 | 35.00 | 35.00 |
| | Handling & Delivery | 1 | 15.00 | 15.00 |

Thank you for using Jeannie Reporting, Inc.
Past due invoices carry a 1.5% interest charge per month.
Tax ID #55-0828848

**Total** $142.80

*It's been a pleasure working with you!*



# spanish solutions
language services

# Invoice

Date: 10/23/07

To: Gary Costales - 1401 Brickell Avenue, Suite No. 825, Miami, Florida 33131 - Tel. 305.373.0330 /Fax 305.373.2735

N° Gc102307

**Interpreting Services**

Job Type: Deposition

Case: Bernardo Suarez vs Tremont Towing

Date: 10/23/2007

Location: Law Office of Gary Costales
Miami, Fl 33131

Start Time: 10:00 AM
End Time: 12:30PM

2.5 hour @ 90/hr.                                                                 $ 225.00

Please send payment to:
**Spanish Solutions Language Services**
**10800 Biscayne Blvd, Suite 420 Miami, FL 33161**

$ **225.00**

# Friedman, Lombardi & Olson

# Invoice

19 West Flagler Street  
Suite 924  
Miami, Fl. 33130  
Phone: (305) 371-6677    Fax: (305) 374-5292

Wednesday, January 23, 2008    129657MN

Gary A. Costales, Esq.  
Gary A. Costales  
1401 Brickell Avenue  
Suite 825  
Miami, FL 33131

| | | | |
|---|---|---|---|
| Phone: | (305) 779-8102 | Fax: | (305) 373-2735 |
| **Witness:** | Bernardo Suarez | | |
| **Case:** | Suarez v Tremont Towing | | |
| **Venue:** | | | |
| **Case #:** | 07 21430 CIV | | |
| **Date:** | 10/23/2007 | | |
| **Start Time:** | 10:00 AM | | |
| **End Time:** | 12:30 PM | | |
| **Reporter:** | Amanda Drotar | | |
| **Claim #:** | | | |
| **File #:** | | | *11780MN* |

| | | |
|---|---|---|
| Original Transcript | 46 | $190.90 |
| Min-u-script & Ascii provided | 1 | $0.00 |
| **Sub Total** | | $190.90 |
| **Payments** | | $0.00 |
| **Balance Due** | | $190.90 |

Fed. I.D. # 59-078 5873

*Please send all correspondence to the above address.*