UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21430-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

BERNARDO SUAREZ,

    Plaintiff,

v.

TREMONT TOWING, INC., et al.,

    Defendants.
_____/

<u>ORDER RE: MOTION FOR COSTS</u>

Presently pending before the Court is Defendants' Motion to Tax Costs (DE # 63). This case is referred to the undersigned Magistrate Judge based upon the consent of the parties (DE # 8).

Following a jury trial in this Fair Labor Standards Act case, the Court entered a judgment in favor of the Defendants Tremont Towing, Inc. and Edwin F. Gonzalez and against the Plaintiff Bernardo Suarez (DE # 60). Thereafter, Defendants filed a motion for taxation of costs pursuant to Federal Rule of Civil Procedure 54(d) (DE # 63).

Plaintiff responded by pointing out that Defendants failed to confer prior to filing the motion, as required by the Local Rules, and believed that the matter of $559.15 in disputed costs ($134.15 in costs for a court reporter and $425 in costs for interpreting services) could have been resolved in such a conference, as well as unspecified costs for the deposition of Paul Diaz (DE # 64).

Thus, the Court ordered Defendants to confer with Plaintiff and file a reply in support of their motion to tax costs on or before May 12, 2008, which set forth the results of the conference and whether the parties were able to resolve any of the issues

raised in Plaintiff's response (DE # 65).

To date, Defendants have not filed a reply. Accordingly, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that on or before Thursday, May 22, 2008, Defendants shall comply with the prior Order of this Court and file a Reply in support of their Motion to Tax Costs. Failure to file a Reply will result in the entry of an Order which deducts the full amount of the costs challenged by Plaintiff ($134.15 for then CNA, plus $425.00 for translation, plus $209.00 for the undifferentiated bill for the deposition of Paul Diaz and two others), which leaves a total cost award in the amount of $1,434.21.

**DONE AND ORDERED** in Chambers in Miami, Florida, on May 16, 2008.

*Andrea M. Simonton*
_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
All counsel of record

2